**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS, EQUIPMENT LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 6:14-cv-251 |
| APPLE INC., ) AT&T INC., ) AT&T MOBILITY LLC, ) VERIZON COMMUNICATIONS, INC., ) CELLCO PARTNERSHIP D/B/A VERIZON ) WIRELESS, SPRINT CORPORATION, ) SPRINT SOLUTIONS, INC., ) SPRINT SPECTRUM L.P., ) BOOST MOBILE, LLC, ) T-MOBILE USA, INC., and ) T-MOBILE US, INC., ) ) | JURY TRIAL DEMANDED |
| Defendants. ) ) | |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF AT&T INC.**

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant AT&T Inc. submitted by Plaintiff Cellular Communications Equipment LLC and Defendants AT&T Inc. and AT&T Mobility LLC.

Pursuant to stipulation of the parties, it is hereby ordered that AT&T Inc. is dismissed from this action without prejudice.

**So ORDERED and SIGNED this 8th day of May, 2014.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE