# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS, EQUIPMENT LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 6:14-cv-251 |
| APPLE INC., ) AT&T INC., ) AT&T MOBILITY LLC, ) VERIZON COMMUNICATIONS, INC., ) CELLCO PARTNERSHIP D/B/A VERIZON ) WIRELESS, SPRINT CORPORATION, ) SPRINT SOLUTIONS, INC., ) SPRINT SPECTRUM L.P., ) BOOST MOBILE, LLC, ) T-MOBILE USA, INC., and ) T-MOBILE US, INC., ) ) | JURY TRIAL DEMANDED |
| Defendants. ) ) | |

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT SPRINT CORPORATION

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant Sprint Corporation submitted by Plaintiff Cellular Communications Equipment LLC.

Pursuant to stipulation of the parties, it is hereby ordered that Defendant Sprint Corporation is dismissed from this action without prejudice.

**So ORDERED and SIGNED this 30th day of May, 2014.**



      **LEONARD DAVIS**
      **UNITED STATES DISTRICT JUDGE**