# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC., et al.,<br><br>    Defendants | § § § § § § § § § § § | Civil Action No. 6:14-cv-251<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff and all Defendants (the "Parties") jointly file this agreed-upon motion to amend certain deadlines in the Amended Docket Control Order, entered on January 22, 2016 (No. 6:13-cv-507, Dkt. No. 527). The parties have conferred regarding the pre-trial deadlines and respectfully request that the Docket Control Order be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Pretrial Disclosures due; Parties to Identify Trial Witnesses**.<br>Video and Stenographic Deposition Designation due. Each party who proposes to offer deposition testimony shall file a disclosure identifying the line and page numbers to be offered. | July 15, 2016 | July 22, 2016 |
| **Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures.** | July 29, 2016 | August 5, 2016 |
| **Serve Objections to Rebuttal Pretrial Disclosures.** | August 5, 2016 | August 12, 2016 |
| **Motions in Limine due** | August 5, 2016 | August 12, 2016 |

The parties believe that a one week extension will assist the parties in preparing pretrial disclosures and motions *in limine* that reduce the number of disputed issues for the Court to

1

resolve. All other deadlines, including the response date for motions *in limine*, would remain unchanged. A proposed Amended Docket Control Order is attached.

Dated: July 12, 2016

By: */s/ Edward R. Nelson III*
Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
Thomas C. Cecil
tom@nelbum.com
Texas State Bar No. 24069489
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
Claire Abernathy Henry
Texas State Bar No. 24053063
Ward & Smith Law Firm
P.O. Box 1231
1127 Judson Rd. Ste. 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com
wh@wsfirm.com
claire@wsfirm.com

**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC**

Respectfully submitted,

By: */s/ Christopher W. Kennerly*
Christopher W. Kennerly
TX Bar No. 00795077
chriskennerly@paulhastings.com
Jonas P. Herrell (*pro hac vice*)
CA Bar No. 279075
jonasherrell@paulhastings.com
Paul Hastings LLP
1117 S. California Ave.
Palo Alto, CA  94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Jeffrey D. Comeau
CA Bar No. 259679
jeffreycomeau@paulhastings.com
Paul Hastings LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Trey Yarbrough
TX Bar No. 22133500
trey@yw-lawfirm.com
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Telephone (903) 595-3111
Facsimile (903) 595-0191

**ATTORNEYS FOR AT&T MOBILITY LLC**

2

| | |
|---|---|
| By: */s/ Michael Gerardi* <br> Michael J. Gerardi <br> LATHAM & WATKINS LLP <br> 555 11th St. NW, Suite 1000 <br> Washington, DC 22201 <br> Telephone: (202) 637-2200 <br> Facsimile: (202) 637-2201 <br> michael.gerardi@lw.com <br><br> Douglas E. Lumish <br> Jeffrey G. Homrig <br> Lisa K. Nguyen <br> LATHAM & WATKINS LLP <br> 140 Scott Drive <br> Menlo Park, CA 94025-1008 <br> Telephone: (650) 328-4600 <br> Facsimile: (650) 463-2600 <br> doug.lumish@lw.com <br> jeff.homrig@lw.com <br><br> Joseph H. Lee <br> LATHAM & WATKINS LLP <br> 650 Town Center Drive, 20th Floor <br> Costa Mesa, CA 92626-1925 <br> Telephone: (714) 540-1235 <br> Facsimile: (714) 755-8290 <br> joseph.lee@lw.com <br><br> Cassius K. Sims <br> LATHAM & WATKINS LLP <br> 885 Third Avenue <br> New York, NY 10022-4834 <br> Telephone: (212) 906-1200 <br> Facsimile: (212) 751-4864 <br> cassius.sims@lw.com <br><br> Eric H. Findlay (Bar No. 00789886) <br> FINDLAY CRAFT PC <br> 102 N. College Avenue, Suite 900 <br> Tyler, TX 75702 <br> Telephone: (903) 534-1100 <br> Facsimile: (903) 534-1137 <br> efindlay@findlaycraft.com <br><br> **ATTORNEYS FOR DEFENDANT APPLE INC.** | By: */s/ Michael E. Jones* <br> Michael E. Jones <br> State Bar No. 10929400 <br> Patrick C. Clutter, IV <br> State Bar No. 24036374 <br> mikejones@potterminton.com <br> patrickclutter@potterminton.com <br> POTTER MINTON, P.C. <br> 110 N. College Ave., Suite 500 <br> Tyler, Texas 75702 <br> Telephone: (903) 597-8311 <br> Facsimile: (903) 593-0846 <br><br> Thomas M. Dunham <br> D.C. Bar No. 448407 <br> tdunham@winston.com <br> WINSTON &STRAWN LLP <br> 1700 K Street, N.W. <br> Washington, D.C. 20006-3817 <br> Telephone: (202) 282-5000 <br> Facsimile: (202) 282-5100 <br><br> Sarah J. Kalemeris <br> IL Bar No. 6303644 <br> skalemeris@winston.com <br> WINSTON & STRAWN LLP <br> 35 W Wacker Drive <br> Chicago, IL 60601 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 <br><br> **ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A/ VERIZON WIRELESS** |

By: */s/ Douglas J. Dixon*
John C. Hueston (CA State Bar No. 164921)
jhueston@hueston.com
Alexander C. Giza (CA State Bar No. 212327)
agiza@hueston.com
Douglas J. Dixon (CA State Bar No. 275389)
ddixon@hueston.com
Zachary T. Elsea (CA State Bar No. 279252)
zelsea@hueston.com
HUESTON HENNIGAN LLP
523 W. Sixth Street, Suite 400
Los Angeles, CA 90014
Phone (213) 788-4340
Fax: (888) 775-0898

Melissa R. Smith (TX State Bar No. 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Phone (903) 934-8450
Fax (903) 934-9257

**ATTORNEYS FOR DEFENDANTS T-MOBILE USA, INC. AND T-MOBILE US, INC.**

By: */s/ Mark W. McGrory*
Mark W. McGrory (pro hac vice)
Megan J. Redmond (pro hac vice)
Carrie A. Bader (pro hac vice)
ERISE IP, P.A.
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Office: 913-777-5600
Fax: 913-777-5601
Email: mark.mcgrory@eriseip.com
Email: megan.redmond@eriseip.com
Email: carrie.bader@eriseip.com

Robert W. Weber
Texas State Bar No. 21044800
SMITH WEBER, LLP
5505 Plaza Drive
PO Box 6167
Texarkana, TX 75505-6167
Office: 903-223-5656
Fax: 903-223-5652
Email: bweber@smithweber.com

**ATTORNEYS FOR DEFENDANTS SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., AND BOOST MOBILE, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on July 12, 2016. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Christopher W. Kennerly*
Christopher W. Kennerly