IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT, LLC. | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:14-cv-251 |
| v. | § § | |
| APPLE INC. et al., | § § | |
| Defendants. | § § | |

## ORDER

On July 22, 2016, Cellular Communications Equipment LLC ("CCE") filed a Motion to Compel Production of Compensation Information of Apple Damages Expert Christopher Bakewell ("CCE's Motion"). *See* Doc. No. 129.  In light of the case's upcoming trial setting, expedited briefing is appropriate. It is therefore

**ORDERED** that Defendant Apple Inc. shall file an expedited response to CCE's Motion (ECF 129) no later than **July 28, 2016**. CCE shall file an expedited reply no later than **August 1, 2016**.

**So ORDERED and SIGNED this**
**Jul 25, 2016**

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1