**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC<br><br>*Plaintiff,*<br><br>vs.<br><br>APPLE INC., *et al.*,<br><br>*Defendants.* | **Civil Action No. 6:14-CV-251**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS T-MOBILE US, INC. AND T-MOBILE USA, INC.'S NOTICE OF REQUEST FOR DAILY TRIAL TRANSCRIPTS AND REAL TIME REPORTING**

Pursuant to the Court's Amended Docket Control Order entered in the above-referenced action (Dkt. No. 106) Defendants T-Mobile USA, Inc. and T-Mobile US, Inc. hereby request daily transcripts and Real Time reporting of the Court proceedings during the trial of this action.

A copy of this Notice is being provided via e-mail to the Court Reporter, Shelly Holmes, at Shelly_Holmes@txed.uscourts.gov.

Dated: August 12, 2016

Respectfully submitted,

s/ *Melissa R.Smith*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

John C. Hueston (Pro Hac Vice)
Douglas J. Dixon (Pro Hac Vice)
HUESTON HENNIGAN LLP
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
Telephone: (949) 226-6741
DDixon@hueston.com
JHueston@hueston.com

Alexander C.D. Giza
Zachary T. Elsea (Pro Hac Vice)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
agiza@hueston.com
zelsea@hueston.com

***Attorneys for Defendants***
***T-Mobile US, Inc. and T-Mobile USA, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 12, 2016.

*/s/ Melissa R. Smith*
Melissa Richards Smith