# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

**DATE:**  August 22, 2016

**JUDGE**
K. Nicole Mitchell

**Court Reporter:**  Brenda Smith
**Law Clerk:**  Prachi Mehta        **Courtroom Deputy**:  Lisa Hardwick

| CELLULAR COMMUNICATIONS EQUIPMENT LLC<br><br>V<br><br>APPLE INC. ET AL | CIVIL ACTION NO:  **6:14cv251**<br><br>**DISPOSITIVE/DAUBERT MOTION HEARING** |
|---|---|

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| SEE SIGN-IN SHEETS ||

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:**  10:00 a.m.                              **ADJOURN:**  5:05 p.m.

| TIME: | MINUTES: |
|---|---|
| 10:00 a.m. | Case Called.  Appearances made (See Attorney Sign-In Sheet).  Parties announced ready to proceed. |
| 10:03 a.m. | Motion Hearing Begins |
| 10:03 a.m. | Austin Curry argued the Plaintiff's **[127] Motion to Enforce Compliance with 02 Micro and to Resolve a Claim Construction Dispute That Defendants intend to Argue to the Jury.**  Response by Doug Lumish (Apple) and Blair Jacobs (AT&T). |
| 11:00 a.m. | Jeff Homrig (Apple) and Yar Chaikovsky (AT&T) argued the Defendants' [121] **Motion for Summary Judgment of Invalidity Under 35 U.S.C. 101.**  Response by Austin Curry. |
| 11:33 a.m. | COURT RECESSED |
| 11:43 a.m. | COURT RESUMED |

**FILED: 8/22/2016**

**DAVID A. O'TOOLE, CLERK**

BY: *Lisa Hardwick*, Courtroom Deputy

PAGE 2 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 11:44 a.m. | Ed Nelson argued the Plaintiff's [117] **Daubert Motion to Preclude Dr. Anthony Acampora From Offering Certain Opinions Regarding Invalidity** and the Plaintiff's [118] **Daubert Motion to Preclude Dr. Thomas Fuja From Offering Certain Opinions Regarding Invalidity**. Response by Doug Lumish (Apple). |
| 12:25 p.m. | COURT RECESSED |
| 1:34 p.m. | COURT RESUMED |
| 1:34 p.m. | Chris Kennerly (AT&T) continued response/argument to Plaintiff's [117] **Daubert Motion to Preclude Dr. Anthony Acampora From Offering Certain Opinions Regarding Invalidity** and the Plaintiff's [118] **Daubert Motion to Preclude Dr. Thomas Fuja From Offering Certain Opinions Regarding Invalidity**. |
| 1:45 p.m. | Blair Jacobs (AT&T) argued the Carrier Defendants' **[108] Renewed Motion to Sever and Stay and Motion for Expedited Consideration.** Response by Ed Nelson. |
| 2:15 p.m. | Ryan Griffin argued the Plaintiff's **[116] Motion for Summary Judgment that U.S. Patent Nos. 8,687,565; 7,769,926; and 8,243,666 Are Not Prior Art to U.S. Patent No. 8,055,820.** Response by Chris Kennerly (AT&T) and Joseph Lee (Apple). |
| 2:56 p.m. | COURT RECESSED |
| 3:13 p.m. | COURT RESUMED |
| 3:13 p.m. | Yar Chaikovsky (AT&T) argued Defendant's **[122] Motion for Summary Judgment of No Indirect Infringement.** Response by Ryan Griffin and Ed Nelson. |
| 4:09 p.m. | Eric Findley (Apple) argued the Defendants' **[120] Daubert Motion to Limit the Testimony of Plaintiff's Damages Expert Philip Green.** Response by Chris Stewart. |
| 4:40 p.m. | Jeff Homrig argued Defendants' **[126] Motion to Exclude NSN Witnesses and Documents.** Response by Brad Caldwell. |
| 5:01 p.m. | The Court thanked the parties for their arguments. The motions not heard today will be taken up on the papers. |
| 5:02 p.m. | The Court inquired where the parties are as to mediation. Counsel stated the parties had mediated and are still talking. |
| 5:05 p.m. | There being nothing further, Court was Adjourned. |