IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:14-cv-00251-KNM |
| v. | § § | |
| APPLE INC., et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## JOINT SUBMISSION OF JURY MATERIALS

Plaintiff, Cellular Communications Equipment LLC ("CCE" or "Plaintiff"), and Defendants Apple Inc. ("Apple"), AT&T Mobility LLC ("AT&T), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), Sprint Solutions, Inc. and Sprint Spectrum L.P. (collectively "Sprint"), and Boost Mobile, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively "T-Mobile")[1] hereby submit the following jury materials:

Attached as **Exhibit A** hereto are CCE's Proposed Preliminary Jury Instructions.

Attached as **Exhibit B** hereto are Defendants' Proposed Preliminary Jury Instructions.

Attached as **Exhibit C** hereto are CCE's Proposed Final Jury Instructions.

Attached as **Exhibit D** hereto are Defendants' Proposed Final Jury Instructions.

Attached as **Exhibit E** hereto is CCE's Proposed Verdict Form.

Attached as **Exhibit F** hereto is Defendants' Proposed Verdict Form.

The parties do not waive the right to request such additional or supplemental instructions as may be necessary in light of the evidence and argument presented. Additionally, the parties

---

[1] Defendants Apple, AT&T, Verizon, Sprint, and T-Mobile are referred to collectively as "Defendants."

do not waive any objections to issues that are the subject of pending or anticipated motions, including *Daubert* motions, motions to strike, motions for summary judgment, and motions *in limine*. By submitting these instructions, the parties do not intend to waive or affect their ability to bring any motion under Federal Rule of Civil Procedure 50. The parties do not waive their rights to assert objections to the Court's instructions as provided for by Rule 51 of the Federal Rules of Civil Procedure. By offering competing instructions, Defendants note their objection to Plaintiff's proposed instructions, and Plaintiff notes its objection to Defendants' proposed instructions. The parties further respectfully reserve their right to object to any modification to their respective proposed instructions and expressly preserve all objections thereto. Similarly, the parties respectfully reserve their right to object to the removal of any part of their respective proposed instructions.

The parties have agreed, as the trial progresses, to meet and confer regarding the competing instructions, but they reserve their right to bring those objections to the Court for resolution.

DATED: August 23, 2016

Respectfully submitted,

*/s/ Bradley W. Caldwell*
Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
Ryan P. Griffin
ryan@nelbum.com
Texas State Bar No. 24053687
Thomas C. Cecil
tom@nelbum.com
Texas State Bar No. 24069489
**NELSON BUMGARDNER PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
**CALDWELL CASSADY & CURRY**
2101 Cedar Springs Road, Suite 1000
Dallas, TX 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Jeffrey R. Bragalone
Texas Bar No. 02855775
Terry A. Saad
Texas Bar No. 24066015
Jonathan H. Rastegar
Texas Bar No. 24064043
Stephanie R. Wood
Texas Bar No. 24057928
**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
tsaad@bcpc-law.com
jrastegar@bcpc-law.com
swood@bcpc-law.com

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
Claire Abernathy Henry
Texas State Bar No. 24053063
**WARD, SMITH, & HILL PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com
wh@wsfirm.com
claire@wsfirm.com

**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC**

3

| /s/ *Eric Findlay* | /s/ *Christopher W. Kennerly* |
|---|---|
| Douglas E. Lumish<br>Jeffrey G. Homrig<br>Lisa K. Nguyen<br>Brett M. Sandford<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>doug.lumish@lw.com<br>jeff.homrig@lw.com<br><br>Joseph H. Lee<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290<br>joseph.lee@lw.com<br><br>Eric H. Findlay (Bar No. 00789886)<br>FINDLAY CRAFT PC<br>102 N. College Avenue, Suite 900<br>Tyler, TX 75702<br>Telephone: (903) 534-1100<br>Facsimile: (903) 534-1137<br>efindlay@findlaycraft.com<br><br>**ATTORNEYS FOR DEFENDANT APPLE INC.** | Yar Chaikovsky<br>CA Bar No. 175421<br>yarchaikovsky@paulhastings.com<br>Christopher W. Kennerly<br>TX Bar No. 00795077<br>chriskennerly@paulhastings.com<br>Philip Ou<br>CA Bar No. 259896<br>philipou@paulhastings.com<br>Jonas P. Herrell (pro hac vice)<br>CA Bar No. 279075<br>jonasherrell@paulhastings.com<br>Paul Hastings LLP<br>1117 S. California Ave.<br>Palo Alto, CA 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Blair M. Jacobs (pro hac vice)<br>Virginia State Bar No. 32010<br>blairjacobs@paulhastings.com<br>PAUL HASTINGS LLP<br>875 15th Street NW<br>Washington, DC 20005<br>Telephone: (202) 551-1700<br>Facsimile: (202) 551-1705<br><br>Trey Yarbrough<br>TX Bar No. 22133500<br>trey@yw-lawfirm.com<br>YARBROUGH WILCOX, PLLC<br>100 E. Ferguson St., Suite 1015<br>Tyler, Texas 75702<br>Telephone (903) 595-3111<br>Facsimile (903) 595-019<br><br>Gil Gillam<br>TX Bar No. 07921800<br>gil@gillamsmithlaw.com<br>Gillam & Smith, LLP<br>303 S. Washington Ave<br>Marshall, TX 75670<br>Telephone (903) 934-8450<br>Facsimile (903) 934-9257 |

|  | **ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC** |
|---|---|
| /s/ *Zachary T. Elsea* | /s/ *Mark W. McGrory* |
| John C. Hueston (Pro Hac Vice) <br> Douglas J. Dixon (Pro Hac Vice) <br> HUESTON HENNIGAN LLP <br> 620 Newport Center Dr., Suite 1300 <br> Newport Beach, CA 92660 <br> Telephone: (949) 226-6741 <br> DDixon@hueston.com <br> JHueston@hueston.com <br><br> Alexander C.D. Giza (Admitted E.D. Tex.) <br> Zachary T. Elsea (Pro Hac Vice) <br> HUESTON HENNIGAN LLP <br> 523 West 6th Street, Suite 400 <br> Los Angeles, CA 90014 <br> Telephone: (213) 788-4340 <br> agiza@hueston.com <br><br> Melissa R. Smith <br> State Bar No. 24001351 <br> GILLAM & SMITH, LLP <br> 303 S. Washington Ave. <br> Marshall, TX 75670 <br> Telephone: (903) 934-8450 <br> Facsimile: (903) 934-9257 <br> melissa@gillamsmithlaw.com <br><br> **ATTORNEYS FOR T-MOBILE USA, INC. AND T-MOBILE US, INC.** | Robert W. Weber <br> Texas State Bar No. 21044800 <br> SMITH WEBER, L.L.P. <br> 5505 Plaza Drive <br> P.O. Box 6167 <br> Texarkana, TX 75505-6167 <br> Tele: (903) 223-5656 <br> Fax: (903) 223-5652 <br> Email: bweber@smithweber.com <br><br> and <br><br> Mark W. McGrory (pro hac vice) <br> ROUSE HENDRICKS GERMAN MAY PC <br> 1201 Walnut, 20th Floor <br> Kansas City, MO 64106 <br> Tel: (816) 471-7700 <br> Fax: (816) 471-2221 <br> Email: MarkM@rhgm.com <br><br> Melissa R. Smith <br> State Bar No. 24001351 <br> GILLAM & SMITH, LLP <br> 303 S. Washington Ave. <br> Marshall, TX 75670 <br> Telephone: (903) 934-8450 <br> Facsimile: (903) 934-9257 <br> melissa@gillamsmithlaw.com <br><br> **ATTORNEYS FOR SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., AND BOOST MOBILE, LLC** |
| /s/ *Sarah J. Kalemeris* <br><br> Michael E. Jones <br> State Bar No. 10929400 <br> Patrick C. Clutter, IV <br> State Bar No. 24036374 <br> mikejones@potterminton.com <br> patrickclutter@potterminton.com <br> POTTER MINTON, P.C. |  |

| | |
|---|---|
| 110 N. College Ave., Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>Charles B. Molster, III<br>Virginia State Bar No. 23613<br>Thomas M. Dunham<br>D.C. Bar No. 448407<br>Corrine M. Saylor<br>D.C. Bar No. 997638 (Pro Hac Vice)<br>cmolster@winston.com<br>tdunham@winston.com<br>csaylor@winston.com<br>WINSTON &STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br><br>Sarah J. Kalemeris<br>Illinois State Bar No. 6303644<br>skalemeris@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>Fax: (312) 558-5700<br><br>**ATTORNEYS FOR CELLCO PARTNERSHIP D/B/A/ VERIZON WIRELESS** | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 23, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell