# *Exhibit B*

# In The Matter Of:

*CELLULAR COMMUNICATIONS EQUIPMENT LLC VS APPLE, INC., ET AL*

*September 6, 2016*

Original File 9616 Ccc V Apple Afternoon Session.txt
**Min-U-Script® with Word Index**

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                        TYLER DIVISION

 3
    CELLULAR COMMUNICATIONS      )
 4  EQUIPMENT, LLC               )
                                 )   DOCKET NO. 6:14cv251
 5        -vs-                   )
                                 )   Tyler, Texas
 6                               )   1:28 p.m.
 7  APPLE INC., ET AL                September 6, 2016

 8                     TRANSCRIPT OF TRIAL
                       AFTERNOON SESSION
 9          BEFORE THE HONORABLE K. NICOLE MITCHELL,
10                UNITED STATES MAGISTRATE JUDGE

11                    A P P E A R A N C E S

12  FOR THE PLAINTIFF:

13  MR. BRADLEY W. CALDWELL
    MR. JOHN AUSTIN CURRY
14  CALDWELL CASSADY & CURRY
    2101 Cedar Springs Rd., Suite 1000
15  Dallas, Texas 75201

16  MR. EDWARD R. NELSON III
    NELSON BUMGARDNER PC
17  3131 West 7th Street, Suite 300
    Fort Worth, Texas 76107
18
    MR. J. WESLEY HILL
19  WARD, SMITH & HILL PLLC
    1507 Bill Owens Parkway
20  Longview, Texas 75604

21
    COURT REPORTER:    MS. CHRISTINA L. BICKHAM, CRR, RMR
22                     FEDERAL OFFICIAL COURT REPORTER
                       300 Willow, Ste. 221
23                     Beaumont, Texas 77701

24
    Proceedings taken by Machine Stenotype; transcript was
25  produced by a Computer.
```

Page 2

```
 1  FOR THE DEFENDANTS:

 2
    MR. DOUGLAS E. LUMISH
 3  MR. JEFFREY G. HOMRIG
    MS. LISA K. NGUYEN
 4  MR. BRETT M. SANDFORD
    LATHAM & WATKINS LLP
 5  140 Scott Dr.
    Menlo Park, California 94025-1008
 6
 7  MR. JOSEPH H. LEE
    LATHAM & WATKINS LLP
 8  650 Town Center Drive, 20th Floor
    Costa Mesa, California 92626-1925
 9
10  MR. ERIC H. FINDLAY
    FINDLAY CRAFT PC
11  102 N. College Avenue, Suite 900
    Tyler, Texas 75702
12
13
14           *******************************
15                P R O C E E D I N G S
16         (Jury out.)
17         COURT SECURITY OFFICER:  All rise.
18         THE COURT:  Please be seated.
19         Before we bring in the jury, let me talk to you all
20  about exhibits.  I understand the parties have exhibit lists
21  that are in agreed form that we can preadmit at this time?
22         MR. MCMANIS:  Yes, Your Honor.  Jason McManis for
23  CCE.
24         CCE offers its trial exhibit list offered on
25  September 6th, 2016.
```

Page 3

 1   **THE COURT:** Any objection?
 2   **MR. SIMS:** No objection, Your Honor.
 3   **THE COURT:** And that --
 4   **MR. MCMANIS:** We can hand them up.
 5   **THE COURT:** If you'll, yes, hand it up to
 6  Ms. Hardwick, please.
 7         Those exhibits will be preadmitted.
 8   **MR. SIMS:** Defendants offer their list of
 9  unobjected-to exhibits.
10   **THE COURT:** Very good.  Those exhibits will also be
11  preadmitted.
12         And then if you all will just each morning prepare
13  an updated version of that list, of anything that you
14  continue to agree upon or anything that the Court has
15  admitted, so that we can keep current, updated, running
16  exhibit lists with Ms. Hardwick.  We'll take that up with you
17  each morning.
18         Any questions about that?
19   **MR. MCMANIS:** No, Your Honor.
20   **THE COURT:** Okay.  All right.  Anything before we
21  bring in the jury?
22   **MR. GLEASON:** Yes, Your Honor.  Your Honor, my name
23  is Joseph Gleason.  I'm an attorney here for NSN.  And I
24  wanted to enter an appearance on behalf of NSN.
25         I don't anticipate having to speak, hopefully, at

Page 4

 1  all during the trial; but there is the possibility that I may
 2  have to object to preserve a privilege or confidentiality or
 3  something like that on behalf of NSN, so I wanted the Court
 4  to know who I was.
 5   **THE COURT:** Thank you very much.
 6   **MR. LUMISH:** Your Honor, I'm actually very glad
 7  Mr. Gleason is here because we may use some NSN documents and
 8  examinations, and I wasn't quite sure how you would want to
 9  handle that if they weren't here to represent themselves, as
10  far as sealing the courtroom.
11   **THE COURT:** Very good.
12   **MR. LUMISH:** So that might come up.
13   **THE COURT:** Thank you for that, Mr. Lumish.
14         And, Mr. Gleason, as I've told the parties, if we
15  get into any documents that for which we need to seal the
16  courtroom, before we get into that, I just put the burden on
17  you-all to let me know.  I'm happy to do that.  Our court
18  security officers will take care of it, but I want it done
19  before we get into the documents to the extent that that is
20  possible so...
21   **MR. GLEASON:** Sure.
22   **THE COURT:** Thank you.
23         Anything else?
24   **MR. GLEASON:** I want to make a note I'm available
25  for any discussions about that before witnesses take the

Page 101

1  A. So today it would be a Nokia document.
2  Q. And why is that, Mr. Sebire?
3  A. So now we have a new rule that the main editor of the
4     document has to be listed first to avoid these kind of
5     problems.
6  Q. And in the past, it was done in alphabetical order?
7  A. In the past, we always had a gentleman's agreement to
8     have alphabetical order.
9  Q. All right. And what is this R2-074682 in the corner,
10    the number on the top right corner?
11 A. I think I just explained that.
12 Q. Okay. I'm sorry. How did -- okay. Let me ask it a
13    different way. That was ambiguous.
14       How did that number come about so that it could be
15    included on the document?
16 A. Yes. So to get this number, you have to ask the 3GPP
17    secretary to allocate you the number.
18 Q. And I assume, if we go look at the records, it will show
19    that Ericsson is the one who requested that number; is that
20    right?
21 A. No, no. It will show that I requested the number.
22 Q. On behalf of Nokia Siemens Networks?
23 A. Yes.
24 Q. So, in this instance, why is -- why are there more than
25    one company that are listed?

Page 102

1  A. So, in this instance, it just reflects the fact that all
2     of these companies, we worked together to write this.
3  Q. Now, this proposal, 074682, does this reflect your
4     invention that was claimed in the '820 patent?
5  A. No, it doesn't.
6  Q. Did your invention come about around the same time of
7     this proposal?
8  A. Yes, it did.
9  Q. When you had your invention, did you file for a patent
10    application?
11 A. Yes.
12 Q. Now, the official filing date of the application is
13    November 5th, 2007. Do you recall that?
14 A. I recall that, yes.
15 Q. So your idea -- did you have your idea some number of
16    days or so before that?
17 A. Yes, probably one week or two.
18 Q. Now, was a patent application filed in the United States
19    for a United States patent?
20 A. Yes, it was.
21 Q. If you were traveling all around the world working on
22    the standards, working on the cell phone systems, and your
23    company was in Finland, why is it that your application was
24    filed in the United States?
25 A. So we usually file in the U.S. because it's an important

Page 103

1     market for us.
2  Q. Now, does a patent application -- or I'm sorry. Did
3     your patent application have information in it describing the
4     new idea?
5  A. Yes, of course.
6  Q. Did it also have information as background information
7     or contextual information separately?
8  A. Yes.
9  Q. Is that typical in your experience?
10 A. It's very common, yes.
11 Q. Can you give us an example of why?
12 A. So, for instance, if you want to invent some headlights
13    for a car that swivel together with a chainwheel, so first
14    you describe what the car is, what you do with the
15    chainwheel, why you have lights, and then at the end, you
16    describe your invention. But you always first need to
17    describe the context.
18 Q. After you had your idea, did you submit it as a Nokia
19    submission to your group that you were working with?
20 A. Yes. So, after I had my idea and filed a patent
21    application, I submitted the idea to that next meeting, which
22    you can see on the screen.
23 Q. And is the idea that you put in your patent application
24    reflected at R2-080015?
25 A. Yes. That's the contribution we made.

Page 104

1  Q. And that's DTX-567?
2  A. Yes.
3  Q. What is the title of this document, and what does it
4     signify?
5  A. So the title is Criteria for Short and Long BSR, so it
6     describes basically the invention, so how to select long and
7     short.
8  Q. ==Mr. Sebire, are you claiming or are you telling this==
9     ==jury that you were the first person to think up BSR or buffer==
10    ==status reports?==
11 A. ==No, I am not.==
12 Q. ==Are you claiming in your patent that you invented having==
13    ==long and short BSRs?==
14 A. ==No, I am not.==
15 Q. We heard something in opening about this concept of
16    triggering. What is triggering a BSR?
17 A. So triggering is to know when you need to send it.
18 Q. Are you here telling this jury that what you claimed in
19    your patent is triggering a BSR?
20 A. No.
21 Q. Now, just at a high level, how is the concept of
22    triggering different from what you put in your disclosure as
23    a criteria for short and long BSR?
24 A. So triggering is to decide when to send. Selection
25    criteria has to decide what to send. So these are different