*Exhibit C*

```
 1                   IN THE UNITED STATES DISTRICT COURT
                      FOR THE EASTERN DISTRICT OF TEXAS
 2                              TYLER DIVISION

 3

    CELLULAR COMMUNICATIONS      )
 4  EQUIPMENT, LLC
                                 )   DOCKET NO. 6:14cv251
 5
        -vs-                     )
 6                                   Tyler, Texas
                                 )   8:30 a.m.
 7  APPLE INC., ET AL                September 7, 2016

 8
                           TRANSCRIPT OF TRIAL
 9                           MORNING SESSION
                  BEFORE THE HONORABLE K. NICOLE MITCHELL,
10                   UNITED STATES MAGISTRATE JUDGE

11                         A P P E A R A N C E S

12  FOR THE PLAINTIFF:

13  MR. BRADLEY W. CALDWELL
    MR. JOHN AUSTIN CURRY
14  CALDWELL CASSADY & CURRY
    2101 Cedar Springs Rd., Suite 1000
15  Dallas, Texas 75201

16  MR. EDWARD R. NELSON III
    NELSON BUMGARDNER PC
17  3131 West 7th Street, Suite 300
    Fort Worth, Texas 76107
18
    MR. J. WESLEY HILL
19  WARD, SMITH & HILL PLLC
    1507 Bill Owens Parkway
20  Longview, Texas 75604

21
    COURT REPORTER:       MS. CHRISTINA L. BICKHAM, CRR, RMR
22                        FEDERAL OFFICIAL COURT REPORTER
                          300 Willow, Ste. 221
23                        Beaumont, Texas 77701

24
    Proceedings taken by Machine Stenotype; transcript was
25  produced by a Computer.
```

```
 1    FOR THE DEFENDANTS:

 2
      MR. DOUGLAS E. LUMISH
 3    MR. JEFFREY G. HOMRIG
      MS. LISA K. NGUYEN
 4    MR. BRETT M. SANDFORD
      LATHAM & WATKINS LLP
 5    140 Scott Dr.
      Menlo Park, California 94025-1008
 6

 7    MR. JOSEPH H. LEE
      LATHAM & WATKINS LLP
 8    650 Town Center Drive, 20th Floor
      Costa Mesa, California 92626-1925
 9

10    MR. ERIC H. FINDLAY
      FINDLAY CRAFT PC
11    102 N. College Avenue, Suite 900
      Tyler, Texas 75702
12

13

14              *****************************

15                    P R O C E E D I N G S

16         (Jury out.)

17         COURT SECURITY OFFICER:  All rise.

18         THE COURT:  All right.  Let's take up the matters

19    we need to discuss before we bring in the jury this morning.

20         Who's first?

21         MR. NELSON:  I believe the only issues are the --

22    are Apple's issues, Your Honor.

23         THE COURT:  All right.

24         MR. LUMISH:  Very briefly, Your Honor.  We just had

25    a couple of concerns about the demonstratives for
```

```
 1  Q.    That's the same thing that was in the Samsung proposal
 2  from October, isn't it?
 3  A.    To describe the context of the invention, yes.
 4  Q.    You didn't name Samsung or anybody from Samsung as an
 5  inventor in your '820 patent, did you?
 6  A.    I did not, since it is for the context.
 7  Q.    It's for the context.
 8        Let's look at Claim 8.
 9  A.    Not to my reading.
10            THE REPORTER:  I'm sorry, what?
11  A.    Not to my reading.
12  Q.    (By Mr. Lumish) So here's Claim 8 of the patent.  You
13  understand the claims are where you tell the public what
14  you've invented, right?
15  A.    Yes.
16  Q.    And you propose a 6 bit buffer size; isn't that true?
17  A.    That is true.
18  Q.    And if we go to Claim 19.
19        Not for context, but as the claims of what you invented,
20  you claimed a 6 bit buffer size, don't you?
21  A.    Yes.
22  Q.    Yet you admitted yesterday, and I think you'll admit
23  again today, you didn't invent the idea of a 6 bit buffer
24  size.
25  A.    Correct.  In isolation, no.  I agree.
```