IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| **Plaintiff,** | § § | Civil Action No. 6:14-cv-00251-KNM |
| v. | § § | **JURY TRIAL DEMANDED** |
| **APPLE INC., et al.,** | § § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff Cellular Communications Equipment LLC's Rule 50(a) Motion for Summary Judgment as a Matter of Law as to Apple's Defenses of Derivation and Non-Joinder.  The Court finding that the motion has merit hereby **GRANTS** the motion.