## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**DATE:** September 14, 2016

**JUDGE**
K. Nicole Mitchell

**Court Reporter:** Chris Bickham
**Law Clerk:** Prachi Mehta
**Courtroom Deputy:** Lisa Hardwick

| CELLULAR COMMUNICATIONS EQUIPMENT LLC<br><br>V<br><br>APPLE, INC. | CIVIL ACTION NO: **6:14cv251**<br><br><br><br>**JURY TRIAL — DAY SEVEN** |
|---|---|

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| SEE SIGN-IN SHEETS ||

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 8:32 a.m.         **ADJOURN:** 3:47 p.m.

| TIME: | MINUTES: |
|---|---|
| 8:32 a.m. | Jury Trial Day Seven.  All parties present when the Court last recessed were again present. |
| 8:32 a.m. | The Court took up matters before the Jury was brought in.  Jason McMannis argued an objection to a Defendant slide to be used during closing argument.  Response by Doug Lumish. The Court excluded the exhibit. |
| 8:34 a.m. | Jury Charge briefly discussed.  No changes to the latest modification. |
| 8:36 a.m. | COURT RECESSED |
| 9:04 a.m. | COURT RESUMED |
| 9:04 a.m. | The Jury Panel was brought in and seated. |
| 9:05 a.m. | Jason McManis and Brett Sandford submitted their respective parties final exhibit lists.  No objections.  The exhibit lists were admitted. |
| 9:06 a.m. | The Court read the Jury Charge. |
| 9:50 a.m. | COURT RECESSED |

**FILED: 9/14/2016**

**DAVID A. O'TOOLE, CLERK**

BY: *Lisa Hardwick*, Courtroom Deputy

PAGE 2 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 10:06 a.m | COURT RESUMED |
| 10:07 a.m | Wes Hill addressed the Court regarding time to be used for closing arguments. The second issue was regarding sealing of the courtroom. Closing arguments may concern issues regarding the Protective Order. Mr. Hill asked that the courtroom be sealed except for corporate representative, Ms. Wagner. Response by Doug Lumish. Perhaps there is another way to handle Protective Order issues other than sealing the courtroom. The Court ordered that the courtroom will be sealed for closing arguments, with the exception of corporate clients. The exempted parties allowed to remain in the courtroom during closing arguments were ORDERED to not reveal or use any confidential information presented. |
| 10:13 a.m | ----------------------Courtroom SEALED at this point for closing arguments-------------------------- |
| 10:14 a.m | The Jury Panel was brought in and seated. |
| 10:15 a.m | Wes Hill presented closing argument on behalf of the Plaintiff. |
| 10:42 a.m | Mr. Hill concluded his closing arguments. Counsel approached the bench. |
| 10:42 a.m | Bench Conference |
| 10:45 a.m | Bench Conference concludes |
| 10:45 a.m | Doug Lumish presented closing argument on behalf of the Defendant. |
| 11:30 a.m | Brad Caldwell presented further closing argument on behalf of the Plaintiff. |
| 11:50 a.m | Brad Caldwell concluded his closing argument. |
| 11:50 a.m | The Court read the last portion of the Charge to the Jury. |
| 11:52 a.m | The Jury Panel was excused for deliberation. |
| 11:53 a.m | COURT RECESSED |
| 1:43 p.m. | COURT RESUMED |
| 1:44 p.m | The Court stated that Juror Note 1 had been received. The note was read to counsel. |
| 1:45 p.m | COURT RECESSED |
| 2:32 p.m. | COURT RESUMED |
| 2:32 p.m. | The Court stated that Jury Note 2 had been received. The note was read to counsel. |
| 2:35 p.m. | COURT RECESSED |
| 3:43 p.m. | COURT RESUMED |
| 3:43 p.m. | The Court advised the parties that Juror Note 3 had been sent out that a verdict has been reached. |
| 3:43 p.m. | The Jury Panel was brought in and seated. |
| 3:44 p.m. | The verdict was handed to the Court. |

PAGE 3 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 3:45 p.m. | The verdict was read by the Clerk. The Jury found for the Plaintiffs. |
| 3:47 p.m. | The Jury Panel was thanked for their service and was excused. |
| 3:47 p.m. | There being nothing further, Court was Adjourned. |

PAGE 3 - Proceedings Continued