UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

CELLULAR COMMUNICATIONS
EQUIPMENT L.L.C.,

    Plaintiff,

v.

APPLE, INC.,

    Defendant.

C.A. No. 6:14-cv-251

## FINAL VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Final Jury Instructions.

**I.** Did **CCE** prove by a preponderance of the evidence that Apple infringes the following claims of U.S. Patent No. 8,055,820:

Write "Yes" or "No" for each Claim.

| Claim | Infringement? |
|-------|---------------|
| 4     | yes           |
| 10    | yes           |
| 12    | yes           |
| 20    | yes           |
| 24    | yes           |

**II.** Did **Apple** prove by clear and convincing evidence that any of the asserted claims of the '820 patent are invalid as obvious?

**If you find the claim invalid, answer "Yes," otherwise, answer "No."**

| Claim | Invalid? |
|---|---|
| 4 | No |
| 10 | No |
| 12 | No |
| 20 | No |
| 24 | No |

**III.** Did **Apple** prove by clear and convincing evidence that the '820 patent is invalid based on improper inventorship?

Please answer "yes" or "no."



_____NO_____

IF YOU ANSWERED "YES" IN QUESTION I TO FIND A CLAIM WAS INFRINGED, AND YOU ANSWERED "NO" TO QUESTION II FOR THAT SAME CLAIM TO FIND IT IS VALID, AND YOU ANSWERED "NO" TO QUESTION III TO FIND THE ENTIRE PATENT IS VALID, THEN ANSWER THIS QUESTION. OTHERWISE, DO NOT ANSWER THIS QUESTION.

IV.

A. What sum of money, if any, if paid now in cash, do you find that **CCE** proved by a preponderance of the evidence would fairly and reasonably compensate CCE for any infringement of the '820 patent by Apple?

**Answer in Dollars and Cents:**

$ _22,118,216.28_

B. Was this monetary award a running royalty for Apple's infringement through March 2016, or a lump sum for the life of the patent?

**Check the answer that applies, but only check one answer.**

Running Royalty through March 2016: _✓_

Lump Sum for the life of the patent: _____

IF YOU PROVIDED AN ANSWER TO QUESTION IV, THEN ANSWER THIS QUESTION. OTHERWISE, DO NOT ANSWER THIS QUESTION.

V. Did CCE prove by a preponderance of the evidence that Apple's infringement was willful?

Write "Yes" or "No."



YES