UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>          Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>          Defendant. | Civil Action No. 6:14-cv-251-KNM |

## ORDER

The Court prefers to resolve all post-trial issues, including motions under Rules 50, 52, 54, and 59, before entering a final judgment.  The Court will deny as untimely any motion filed after the Court enters Final Judgment if it could have been filed according to this Order.  Accordingly, and pursuant to the parties' agreement, the Court **ORDERS** the following briefing schedule for all post-trial issues:

| DATE | EVENT |
|---|---|
| October 26, 2016 | Deadline to file (i) revised findings of fact and conclusions of law and (ii) all post-trial motions, including those brought under Rules 50, 52, 54, and 59 |
| November 17, 2016 | Deadline to file responses to post-trial motions and revised findings of fact and conclusions of law |
| December 8, 2016 | Deadline to file replies for post-trial motions |
| December 20, 2016 | Deadline to file surreplies for post-trial motions |

The Court sets all post-verdict motions for hearing on **January 19, 2017 at 9:00 a.m.**

1

The Court further **ORDERS** that the following page limits apply for all post-trial motions, including those brought under Rules 50, 52, 54, and 59: (1) a party's motions shall not collectively exceed fifty pages, excluding attachments and excluding revised findings of fact and conclusions of law; (2) a party's responses shall not collectively exceed fifty pages, excluding attachments; (3) a party's replies shall not collectively exceed twenty pages, excluding attachments; and (4) a party's sur-replies shall not collectively exceed twenty pages, excluding attachments.

So ORDERED and SIGNED this 5th day of October, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE