IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 6:14-cv-251 |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Cellular Communications Equipment LLC's ("CCE") and Defendant Apple Inc.'s ("Apple") Joint Stipulation of Dismissal pertaining to Civil Action No. 6:14-cv-251. Having considered the Stipulated Dismissal, and finding that good cause exists for granting of the same, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that CCE's claims against Apple in Civil Action No. 6:14-cv-251 are DISMISSED WITH PREJUDICE and Apple's claims against CCE in Civil Action No. 6:14-cv-251 are DISMISSED WITHOUT PREJUDICE as set forth in the Joint Stipulation of Dismissal, with each party to the Joint Stipulation of Dismissal to bear its own costs, expenses and attorneys' fees as may exist between them.

IT IS FURTHER ORDERED that CCE's claims against AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. that were severed and stayed from Civil Action No. 6:14-cv-251 are dismissed WITH PREJUDICE solely to the extent those claims for

relief asserted therein involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for Apple that are the subject of the Settlement and License Agreement between CCE and Apple.

So ORDERED and SIGNED this 11th day of September, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE